**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-2453**

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,

        Plaintiff - Appellee,

    v.

ROD & REEL, INC.; CHESAPEAKE BEACH RESORT AND SPA; CHESAPEAKE BEACH HOTEL AND SPA; SMOKEY JOE'S GRILL AND BOARDWALK CAFE; CHESAPEAKE AMUSEMENT, INC., trading as Rod-N-Reel Bingo,

        Defendants - Appellants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:18-cv-00340-PWG)

Submitted: July 16, 2019                 Decided: August 12, 2019

Before NIEMEYER, FLOYD, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

C. Thomas Brown, SILVER & BROWN, Fairfax, Virginia, for Appellants. William O. Krekstein, TIMONEY KNOX, LLP, Fort Washington, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rod & Reel, Inc., Chesapeake Beach Resort and Spa, Chesapeake Beach Hotel and Spa, Smokey Joe's Grill and Boardwalk Café, and Chesapeake Amusement, Inc., appeal from the district court's order modifying an appraisal award on their loss of business income claim under their insurance policy with State Automobile Mutual Insurance Co. We have reviewed the record included on appeal, as well as the parties' briefs, and find no reversible error. Accordingly, we affirm the judgment for the reasons stated by the district court. *State Auto. Mut. Ins. Co. v. Rod & Reel, Inc.*, No. 8:18-cv-00340-PWG (D. Md. Nov. 7, 2018; filed Nov. 14, 2018 & entered Nov. 15, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*